IN THE MATTER OF:  CHAPTER 13

COREY M SCHMITT  CASE NO. 08-70691-PJS

JUDGE PHILLIP J SHEFFERLY

Debtor  /

## TRUSTEE'S NOTICE REGARDING FUNDING OF PLAN
## UPON NOTICE OF ADJUSTMENT OF PERIODIC PAYMENT

PLEASE TAKE NOTICE that in accordance with the requirements of E.D. Mich. LBR 3001-2(c) the Trustee has reviewed a Statement of Proposed Change in Periodic Payments filed by **Saxon Mortgage Services, Inc.** on **November 25, 2009** and makes the following determinations:

1. The periodic monthly payment to this creditor will change from $2,171.73 to $1,851.61 which the Trustee will make effective with the December 2009 disbursement.

2. Based upon the Trustee's review of the case, a plan modification **is not required** in order for the Debtor's plan to complete timely.

PLEASE TAKE FURTHER NOTICE that the analysis of the Trustee does not address any deficiencies in the case that may be related to plan payment delinquency, tax refunds or proceeds committed from pending lawsuits, buyouts, or sales of property. The Trustee's analysis is based on the Debtor's payment history as of the date of the review and claims entered by the Trustee as of that date.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

December 16, 2009

/s/ MARGARET CONTI SCHMIDT
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| COREY M SCHMITT | CASE NO. 08-70691-PJS |
| | JUDGE PHILLIP J SHEFFERLY |

Debtor _____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed the **TRUSTEE'S NOTICE REGARDING ADEQUATE FUNDING OF PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

MARRS & TERRY PLLC
6553 JACKSON RD
ANN ARBOR, MI 48103

SAXON MORTGAGE SERVICES, INC.
%MOSS CODILIS
4708 MERCANTILE DRIVE
FORT WORTH, TX 76137

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

COREY M SCHMITT
20616 LOGAN RD
MANCHESTER, MI 48158

| | |
|---|---|
| December 16, 2009 | /s/ Jamie Basharrah |
| | JAMIE BASHARRAH |
| | For the Office of the Chapter 13 Trustee-Detroit |
| | 719 Griswold |
| | Suite 1100 |
| | Detroit, MI 48226 |
| | (313) 962-5035 |
| | notice@det13ksc.com |